IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


ALISA NELSON                                                                PLAINTIFF

vs.                                    Case No. 4:16-cv-04009

CITY OF HOPE, *et al*                                                    DEFENDANTS

## ORDER


**BEFORE** the Court is Plaintiff's Motion to Submit Evidence  ECF No. 19.  Pursuant to the

provisions of 28 U.S.C. § 636(b)(1) and (3) (2005), United States District Judge Susan O. Hickey

referred this Motion to the undersigned for decision.

Plaintiff filed her *pro se* Complaint on January 13, 2016.  ECF No.  1.  With this pending

Motion, Plaintiff is asking to be able to submit video evidence for review by the jury.  ECF No. 19.

This Court would note this matter is set for jury trial for the week of March 27, 2017.  ECF

No. 18.  Any ruling at this time as to the submission of evidence would be premature.  Further,

Plaintiff is advised of her duty to disclose discoverable information pursuant FRCP 26(a)(1) and that

the Final Scheduling Order requires the parties to exchange all exhibits prior to trial.  ECF No.  18.

Accordingly, the Plaintiff's Motion to Submit Evidence (ECF No. 19) is **DENIED** as

premature at this time.

**IT IS SO ORDERED** this **6th day of December 2016.**


                                                          s/  Barry A. Bryant
                                                          HON. BARRY A. BRYANT
                                                          U.S. MAGISTRATE JUDGE